# EXHIBIT A

9/11/2017

Mrs. Harris, when we received the EEOC complaint and read where you sited that there were 70 known affiliates of the KKK present, we were shocked. Women cannot be members of the KKK. The individuals that attended the program, mostly women, are upset and angry and they are planning to seek legal recourse for defamation of character. A lot of these individuals are business owners in our community and some of them they were your friend. Therefore, we (the Board) have no choice but to terminate your employment effective today. You will need to get your personal belongings before you leave along with your keys. You will be paid for the month of September.

Ann Judgen
Jerome Sanders
Ruby Stacey
Shannon Powell

# EXHIBIT B

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: **Mary A. Harris** | From: | **Birmingham District Office**<br>**Ridge Park Place**<br>**1130 22nd Street**<br>**Birmingham, AL 35205** |
|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **420-2017-02430** | **MICHELE R. HARRIS,**<br>**Investigator** | **(205) 212-2071** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☒ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☐ | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other *(briefly state)*   **Age Discrimination in Employment Act, as amended:** The EEOC issues the following determination:  The EEOC is unable to conclude that the information obtained establishes violations of the statutes. |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u>** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*Shaunda Love for*

**BRADLEY A. ANDERSON,**
**District Director**

Enclosures(s)

MAR 0 7 2019

*(Date Mailed)*

cc:   **Ann Pridgen**
**Chairman of the Board**
**Monroe County Public Library Board of Trustees**

**Lee D. Winston**
**WINSTON COOKS, LLC**
**505 - 20th Street North**
**Suite 815**
**Birmingham, AL 35203**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2017-02430 |

State or local Agency, if any     and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Mary A. Harris | | 1957 |

| Street Address | City, State and ZIP Code |
|---|---|
| ████████ | ██ █████ |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MONROE COUNTY PUBLIC LIBRARY | 201 - 500 | |

| Street Address | City, State and ZIP Code |
|---|---|
| ████████ | RECEIVED ███████ |

RECEIVED
AUG - 4 2017
U.S. EEOC
Birmingham District Office

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | 10/28/2016 | 07/10/2017 |
| ☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | | |
| ☐ OTHER (Specify) | ☒ CONTINUING ACTION | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My race is Black. I am also within the protected age group. I have been employed with the above-named employer since 1978, in the position of Librarian. I have performed my duties over the years without any complaints or problems. I am presently performing the duties of Interim Library Director, and I have performed in this capacity since January 2016. I learned that the position of Library Director was open, so I applied for the position on September 20, 2016. I was interviewed for the job on October 24, 2016, and learned that I had not been selected on October 28, 2016. Since applying for the job, I have received nothing but hatred, harassment, intimidation, insults, and character assignation from the Board Members. The members of the Board have created a racially hostile working environment for me. I am harassed on almost a daily basis by Board Member Steve Stacey (White) who has perpetuated untrue statements to Library patrons about me and my husband taking money from the Library for personal use, which is not true.

Because of this behavior on July 10, 2017, I was served a subpoena to produce receipts from 2012 to 2015, when I was not in the Director's position during those years. Mr. Stacy hosted a program at the Library to celebrate the Confederate Flag and over 70 participants showed up who are known Ku Klux Klan affiliates, which intimidated and frightened me. I was told by Board Members that I am a "dinosaur" and that the Library needs someone with "fresh ideas and youthfulness." Board Chairman Ann Pridgen (White) told me that I was only good for an Assistant Library Director position but not for the Library Director position. There has never been a Black Library Director at the location. I complained of the racist environment and Probate Judge Norris was made aware of the treatment that I am receiving. In retaliation for complaining, I have been told by Board Members that I had to park my vehicle in the back of the library which creates a hardship and my handicapped sticker is disregarded. Brenda Taite, a Black applicant also applied for the position of Library Director, but she was not selected. I believe that Ms. Taite has also filed a complaint with the EEOC. I was strong-armed and pressured by Mr. Stacey, Shannon Powell and Ms. Pridgen, to write in a statement that Ms. Taite's EEOC allegations were false, which I refused to do. My harassment continues to this day.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8-2 2017    *Mary Ann Harris*<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2017-02430 |
| | | and EEOC |

*State or local Agency, if any*

I have not been given a reason for the disparate treatment that I am receiving.

I believe I am being discriminated against because of my race, Black, and in retaliation for complaining of protected activity in violation of Title VII of the 1964, Civil Rights Act, as amended. I also believe that I have been subjected to discrimination because of my age in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED

AUG - 4 2017

U.S. EEOC
Birmingham District Office

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8-2 2017 *Mary Ann Harris*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  **Mary A. Harris** | From:  **Birmingham District Office**<br>**Ridge Park Place**<br>**1130 22nd Street**<br>**Birmingham, AL 35205** |

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **420-2017-03065** | **MICHELE R. HARRIS,**<br>**Investigator** | **(205) 212-2071** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☒ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (*briefly state*)     Age Discrimination in Employment Act, as amended: The EEOC issues the following determination:  The EEOC is unable to conclude that the information obtained establishes violations of the statutes.

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

**BRADLEY A. ANDERSON,**
**District Director**

**MAR 0 7 2019**

ou105

*(Date Mailed)*

Enclosures(s)

cc:     **Ann Pridgen**
        **Chairman of the Board**
        **Monroe County Public Library Board of Trustees**

        **Lee D. Winston**
        **WINSTON COOKS, LLC**
        **505 - 20th Street North**
        **Suite 815**
        **Birmingham, AL 35203**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 420-2017-03065 |

and EEOC

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Mary A. Harris** | ▮▮▮▮▮▮ | **1957** |

| Street Address | City, State and ZIP Code |
|---|---|
| **182 Martin Luther King Dr., Frisco City, AL 36445** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **MONROE COUNTY PUBLIC LIBRARY** | **201 - 500** | (2▮▮▮ |
| Street Address ▮▮▮▮▮▮▮▮▮▮ | City, State and ZIP Code RECEIVED | |
| | SEP 2 0 2017 | |
| Name | EEOC No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code Birmingham District Office | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest **08-29-2017**   Latest **09-14-2017** |
| ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I filed a charge of discrimination with the US EEOC on August 4, 2017, EEOC charge number 420-2017-02430. On August 29, 2017, Library Board Member Steve Stacey went on the WPIG radio station and made false allegations that I took library funds. Mr. Stacey also published an article on Facebook accusing me of racist acts, dereliction of duty, and that the library was missing funds. On September 7, 2017, Mr. Stacey made copies of my EEOC charge and disseminated them to library patrons and to an employee. On the same day, Mr. Stacey also placed an article in The Monroe Journal newspaper.

On September 11, 2017, I was discharged because I filed a complaint with the EEOC.

I believe that I have been retaliated against for engaging in protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act or 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Sep 20, 2017**    _Mary Harris_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date        Charging Party Signature | |