# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARY HARRIS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 19-0265-CG-N |
| MONROE COUNTY PUBLIC LIBRARY BOARD OF TRUSTEES; MONROE COUNTY COMMISSION, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the first Report and Recommendation of the Magistrate Judge entered January 21, 2021 (Doc. 68) under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), is **ADOPTED** as the opinion of this Court.

Accordingly, the motion to strike the third affirmative defense from the Monroe County Library Board of Trustees's answer (Doc. 57) filed by Plaintiff Mary A. Harris is **DENIED**.

**DONE** and **ORDERED** this the 17th day of February, 2021.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE