IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARY A. HARRIS**, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 19-265-CG-N |
| **MONROE COUNTY PUBLIC LIBRARY BOARD OF TRUSTEES**, *et al.*, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date granting Defendants' motions for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants, **MONROE COUNTY PUBLIC LIBRARY BOARD OF TRUSTEES**, **SHANNON POWELL**, **ANN PRIDGEN**, **JEROME SANDERS** and **STEVE STACEY** and against Plaintiff, **MARY A. HARRIS**. This case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 16th day of March, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE